**Ex parte Robert E. LIPSCOMB,**
**Appellant,**

v.

**Paul J. MADIGAN, Warden, United States**
**Penitentiary, Alcatraz, California,**
**Appellee.**

**No. 14730.**

United States Court of Appeals
Ninth Circuit.

April 21, 1955.

His application was denied on February 10, 1955, and rehearing was denied on February 24, 1955. He filed his notice of appeal in timely fashion.

Subsequent to this application Lipscomb paid his docket fee. The application having become moot, it is ordered dismissed.

**In the Matter of Tyler W. BERRY,**
**Petitioner.**

**Misc. No. 436.**

United States Court of Appeals
Ninth Circuit.

April 22, 1955.

Robert E. Lipscomb, in pro. per.

Lloyd. H. Burke, U. S. Atty., Richard H. Foster, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Movant seeks to docket his appeal in forma pauperis from an order of the United States Court, Northern District of California, Southern Division, denying his application for writ of habeas corpus.

Tyler W. Berry, in pro. per.

Before DENMAN, Chief Judge, and BONE and ORR, Circuit Judges.

PER CURIAM.

Movant asks that this court grant him permission to file an application for a writ of habeas corpus in forma pauperis with the United States District Court.

This motion should be addressed to the District Court and is therefore ordered dismissed.